E-FILED
Monday, 10 April, 2017 01:46:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 10 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MICHAEL JOHNSON #R63104
PLAINTIFF,

CASE NO. 17-1146

VS.

DILLON G. BLANCHARD, OFFICER BRITTON,
LIEUTENANT ROBINSON,
DEFENDANTS,

VERIFIED COMPLAINT FOR DAMAGES WITH JURY TRIAL DEMAND

I. INTRODUCTION

1. THIS IS A SECTION 1983 ACTION FILED BY PLAINTIFF MICHAEL JOHNSON, A SERIOUSLY MENTALLY ILL STATE PRISONER, ALLEGING VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT, PERTAINING TO A CLAIM OF EXCESSIVE FORCE & A DENIAL OF MEDICAL ATTENTION & TREATMENT AT THE HANDS OF THE ABOVE NAMED DEFENDANTS SEEKING MONEY DAMAGES & DECLARATORY RELIEF WITH A JURY DEMAND.

II. JURISDICTION



2. THIS IS A CIVIL ACTION AUTHORIZED BY U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATIONS, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 & 1343 (a) (3).
PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 & 2202.

III. PARTIES

3. THE PLAINTIFF, MICHAEL JOHNSON #R63104, WAS INCARCERATED AT PONTIAC CORRECTIONAL CENTER DURING THE EVENTS DESCRIBED IN THIS COMPLAINT. HIS CURRENT ADDRESS IS DIXON CORRECTIONAL CENTER, 2600 N. BRINTON AVE., DIXON IL 61021-9532.

4. DEFENDANT DILLON G. BLANCHARD IS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER. HE IS EMPLOYED AT PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

5. DEFENDANT BRITTON, BADGE NO. 11967 IS A CORRECTIONAL OFFICER AT PONTIAC CORRECTIONAL CENTER. HE IS EMPLOYED AT PONTIAC ~~CORRECT~~ CORRECTIONAL CENTER. HE IS EMPLOYED AT

PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

6. DEFENDANT ROBINSON IS A LIEUTENANT AT PONTIAC CORRECTIONAL CENTER. HE IS EMPLOYED AT PONTIAC CORR. CTR., P.O. BOX 99, PONTIAC, IL 61764.

7. ALL ABOVE DEFENDANTS WERE ACTING UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THE FACTS PRESENTED IN THIS COMPLAINT.

IV. LITIGATION HISTORY

8. PLAINTIFF FILED APPROXIMATELY SIX LAWSUITS IN THE PAST WHILE HE WAS INCARCERATED. THEY WERE ALL DEALING WITH EIGHTH AMENDMENT VIOLATIONS. ONE WAS LOST AT TRIAL & THE OTHERS WERE DISMISSED. SOME BY THE COURT & SOME BY THE PLAINTIFF HIMSELF DUE TO HIS INABILITY TO LITIGATE THEM ON HIS OWN.

V. EXHAUSTION OF REMEDIES

9. PLAINTIFF HAS EXHAUSTED ALL HIS ADMINISTRATIVE REMEDIES.

VI. FACTUAL STATEMENT

10. ON 6-20-15 WHILE BEING ESCORTED DOWN THE GALLERY BY OFFICER BRITTON OFFICER BLANCHARD RAN FROM BEHIND ME & THREW ME ON THE FLOOR WHILE I WAS IN LEG & ARM RESTRAINTS & STARTED BANGING MY HEAD ON THE GROUND MULTIPLE TIMES.

11. OFFICERS BLANCHARD & BRITTON SUBSEQUENTLY CLICKED & TIGHTEN THE RESTRAINTS ON MY WRIST & MY ANKLES UNTIL THEY COULDN'T BE CLICKED OR TIGHTENED ANYMORE & BEGAN TWISTING & BENDING MY LEGS, FEET, ARMS & HANDS CAUSING ME EXCRUCIATING PAIN.

12. OFFICERS BLANCHARD & BRITTON PICKED ME UP & BENT ME OVER IN A GROTESQUE MANNER PULLING, WITH FORCE, MY SHACKLED & RESTRAINED ARMS BEHIND MY BACK & INTO THE AIR & PUSHED ME DOWN THE GALLERY IN THIS FASHION, ON-WARD DOWN THE STAIRS, & PLACED IN A HOLDING TANK ON ONE GALLERY OF THE NORTH CELL HOUSE.

13. I DID NOT DO ANYTHING TO OFFICERS BLANCHARD AND BRITTON FOR THEM TO DO SUCH A THING TO ME.

14. AT NO TIME WAS I HOSTILE OR AGGRESSIVE TOWARD ANY OFFICER NOR WAS I RESISTING ANY OFFICER'S CONTROL.

15. THIS INCIDENT HAPPENED ON SEVEN GALLERY OF THE NORTH CELL HOUSE AT THE APPROXIMATE TIME OF 8:40 P.M.

16. AT NO TIME WAS I COMBATIVE.

17. I ASKED LIEUTENANT ROBINSON FOR MEDICAL ATTENTION BECAUSE MY RIGHT SHOULDER WAS STINGING AND HURTING CAUSING ME PAIN.

18. LIEUTENANT ROBINSON TOLD ME I LOOK FINE TO HIM.

19. AT NO TIME DID I SEE MEDICAL PERSONNEL OR STAFF.

20. I WAS EVENTUALLY ESCORTED & TAKEN TO CELL # 136.

21. ONCE IN THE CELL I EXAMINED MYSELF & OBSERVED AN OPEN GASH-WOUND ON MY RIGHT SHOULDER THAT

WAS BLEEDING.

22. I WAS IN THE HOLDING TANK ON ONE GALLERY PRIOR TO BEING ESCORTED TO CELL #136 FOR APPROXIMATELY AN HOUR & THE HANDCUFFS & LEG RESTRAINTS AROUND MY WRISTS & ANKLES WERE SO TIGHT THAT MY ARMS & ANKLES WERE IN GREAT PAIN.

23. NOT ONLY WAS THERE GREAT PHYSICAL PAIN BUT THERE WAS ALSO GREAT MENTAL ANGUISH FROM THE UNPROVOKED ABOVE INCIDENT.

24. I WROTE A GRIEVANCE NOT LONG AFTER THE INCIDENT & SENT IT TO THE COUNSELOR BUT IT NEVER CAME BACK.

25. THEY USUALLY COME BACK FROM THE COUNSELOR'S OFFICE THE NEXT DAY OR TWO.

26. THERE ARE VIDEO CAMERAS ON THE GALLERY.

27. ALSO, I AM A SERIOUSLY MENTALLY ILL INMATE DIAGNOSED WITH BIPOLAR & IMPULSIVE CONTROL DISORDER. SEE EXHIBIT A ATTACHED.

28. ON 6-29-15 I SUBMITTED ANOTHER GRIEVANCE



IN WHICH WAS NEVER RETURNED BACK TO ME. A COPY OF THIS GRIEVANCE IS ATTACHED AS EXHIBIT B.

29. ON 9-10-15 I SENT A LETTER TO THE ADMINISTRATIVE REVIEW BOARD INFORMING THEM OF MY ATTEMPT TO FILE A GRIEVANCE TO ADDRESS THE ISSUE THROUGH MY COUNSELOR AS I AM REQUIRED TO DO TO NO AVAIL. SEE EXHIBIT C ATTACHED.

30. THE LETTER & THE GRIEVANCE WAS PROCESSED THROUGH INMATE ISSUES & SENT BACK TO ME INSTRUCTING ME TO PROVIDE A COPY OF THE GRIEVANCE WITH THE COUNSELOR'S RESPONSE. SEE EXHIBIT D ATTACHED.

31. ALSO, I WROTE A LETTER TO KELLY DAVIDSON OF INTERNAL AFFAIRS REQUESTING FOR AN INVESTIGATION INTO THE INCIDENT & REQUESTING THAT THE VIDEO FOOTAGE BE PRESERVED FOR DISCIPLINARY PURPOSES & POSSIBLE LITIGATION.

32. APPROXIMATELY TEN DAYS AFTER THE INCIDENT & ASKED HER COULD SHE LOOK INTO THE MATTER ON THE DATE IN QUESTION & REQUESTED

could SHE Please Preserve the Footage & SHE Stated SHE would SEE & Walked off.

33. All throughout the months of June, July, & August I wrote & sent Internal Affairs multiple letters specifically requesting for an investigation into the matter & requesting for the video footage of the incident to be preserved as evidence for disciplinary reasons & for possible litigation.

## VII. LEGAL CLAIMS

34. Plaintiff realleges & incorporates by reference paragraphs #1 - #33.

35. Defendants Dillon G. Blanchard, Officer Britton & Lieutenant Robinson violated the Plaintiff's Eighth Amendment right to be free from cruel & unusual punishment when they subjected him to an excessive use of force when they unjustly with no penological justification threw him on the ground while he was in leg & hand restraints & banged his head on the ground multiple

Times, when they tighten the hand-cuffs up as tight as possible to intentionally cause the Plaintiff pain, also when they threw him on the ground causing damage & physical injury to his shoulder, when they denied him medical attention & treatment for the injury he sustained from the officer's conduct, & when they subjected him to psychological & emotional damage causing the Plaintiff stress, depression, anxiety & great emotional turmoil trying to get the issue addressed to the proper institutional personnel ~~painstakingly~~ painstakingly, only to be given the run arounds & being flat out ignored.

VIII. Relief Requested

Wherefore, Plaintiff respectfully prays that this Court enter judgment granting Plaintiff:

36. A declaration that the acts & omissions described herein violated Plaintiff's rights under the Constitution & laws of the United States.

37. COMPENSATORY DAMAGES IN THE AMOUNT OF $25,000.00 AGAINST EACH DEFENDANT, JOINTLY & SEVERALLY.

38. PUNITIVE DAMAGES IN THE AMOUNT OF $25,000.00 AGAINST EACH DEFENDANT.

39. THE COST OF THIS SUIT TO BE PAID BY THE DEFENDANTS.

40. PLAINTIFF'S INSTITUTIONAL DEBT TO BE ~~[illegible]~~ EXPUNGED IN FULL.

41. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

42. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, & EQUITABLE.

DATED: 3-13-17

/s/ Michael Johnson

Michael R. Johnson 3-24-17

Subscribed and Sworn to before me this 24th day of March, 20___.

Sally A Joos
Notary Public

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

MICHAEL JOHNSON #R63104
DIXON CORR. CTR.
2600 N. BRINTON AVENUE
DIXON, IL 61021

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT & HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION & BELIEF, &, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FORE-GOING IS TRUE & CORRECT.

EXCUTED AT ~~[illegible]~~ DIXON, IL
ON 3-13-17

Subscribed and Sworn to before me this 24th day of March, 2017.

Sally A Joos
Notary Public

Michael Johnson
MICHAEL JOHNSON

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

Michael Johnson 3-24-17
Michael R. Johnson

Illinois Department of Corrections

EXHIBIT A

# Mental Health Treatment Plan

Pontiac
Facility

Offender Name: (Last, First) Johnson, Michael ID Number: R

Completed by Psychiatrist ☐ Completed by MHP ☒ Purpose of Treatment Plan: Initial ☒ Revised/Updated ☐

Today's Date: September 19, 2016 Next Review Date: December 19, 2016

Current Level of Care: ☐ General/Outpatient ☒ Special/Residential Treatment Unit ☐ Crisis Placement ☐ Inpatient

## Part I: Offender Information

MSR: 1/6/2019 Discharge: 1/6/2022

Is the offender:
- Guilty but Mentally Ill (GBMI) by the court? Yes ☐ No ☒
- Designated SMI based on Diagnosis (Dx) alone? Yes ☒ No ☐
- Designated SMI based upon DX & Functional Impairment? Yes ☒ No ☐
- If yes, MGAF range is 21 to 21

On Enforced Meds? Yes ☐ No ☒

Gender: Male ☒ Female ☐ Transgender ☐ Other ☐ (Identify) ______

## Part II: Brief Mental Status Evaluation

Appearance: ☑ Appropriately Groomed ☐ Disheveled ☐ Poor Hygiene

Level of Cooperation: ☑ Cooperative ☐ Guarded/Suspicious ☐ Hostile ☐ Uncooperative

Orientation: ☑ Ox3 (Time, place, person) ☐ OX ______ (list:) ______ ☐ Disoriented

Affect: ☑ Unremarkable ☐ Constricted ☐ Blunt/Inexpressive ☐ Flat

Thought Process: ☑ Clear/Coherent ☐ Tangential ☐ Loose Association ☐ Word Salad/Incoherent

## Part III: Offender Strengths

Work/Job Assignment: Yes ☐ No ☑ Education Assignment: Yes ☐ No ☑

### Insight and Perspective

☐ Ability to take perspective and see alternative viewpoints
☐ Ability to be introspective
☐ Judgement; ability to foresee consequence of actions
☒ Self-awareness
☒ Awareness of his/her own psychological needs
☒ Sense of humor

### Interpersonal Strengths

☐ Ability to set appropriate boundaries
☐ Ability to establish mature relationships with others
☐ Ability to have empathy for self and/or others

### Cognitive/Executive Strengths

☐ Takes Initiative ☐ Ability to follow through on commitments ☒ Intelligence ☐ Education
☐ Talents ☒ Skills ☐ Consistent problem solving and decision making

Clinician Name (Print): Ron Benner Signature: [signature]

Facility: Pontiac Title: LCPC

Illinois Department of Corrections

Mental Health Treatment Plan

Pontiac

Facility

EXHIBIT A

Offender Name: (Last, First) Johnson, Michael ID Number: R63104

## Self-Care Strengths

- [x] Ability to engage in treatment
- [ ] Ability to manage feelings
- [ ] Ability to self-sooth
- [ ] Ability to modulate emotions
- [ ] Motivation for recovery
- [x] Ability to survive despite adversity
- [ ] Supportive friendships
- [ ] Supportive family
- [ ] Supportive community
- [ ] Spirituality
- [ ] Sense of purpose and meaning

## Part IV: Current Diagnosis

List current diagnosis in accordance with most recent version of the Diagnostic and Statistical Manual Disorders (DSM): Principle Diagnosis shall be placed first.

Bipolar II disorder (296.89)
Unspecified disruptive, impulse-control, and conduct disorder (312.9)

| Therapeutic Focus # | Problem/Target Symptom Identified | Therapeutic Goals and Outcomes (Identify measurable objectives for change and the more global goal that is indicative of problem resolution or symptom reduction) | | Intervention/Treatment Activities (Include modality, intensity/frequency and duration) | Staff Responsible |
|---|---|---|---|---|---|
| | As evidenced by: | Short Term Objectives | Long Term Goal/Outcome | | |
| 1. Medication Management | Symptoms related to diagnosis: depression, irritability, psycho-motor agitation/retardation, sleeplessness, poor concentration and indecisiveness, poor impulse control, and history of at least one hypo-manic episode. | 1. Cooperate with psychiatric evaluation for medication needs to stabilize symptoms. 2. Take prescribed medications as directed (100% compliance) 3. Achieve a level of symptom stability that allows for meaningful participation in psychotherapy. | Achieve controlled behavior, moderated mood, more deliberative speech and thought process, and stable daily activity pattern. | Psychiatric evaluation to determine appropriate pharmaco-therapy.<br><br>Educate Client about the use, expected benefits/risks, and side-effects of medications during monthly follow-up psychiatric appointment (1x/ mos. for 15-30 min.)<br><br>Monitor medication compliance, side-effects, and effectiveness.<br><br>Monitor the client's symptom improvement toward stabilization sufficient to allow participating in psychotherapy. | PMH Psychiatrist, Dr. Sangster<br><br>PMH Primary Therapist, R. Benner, LCPC |

Clinician Name (Print): R. Benner Signature: [signature] 3/1/17

Facility: Pontiac Title: LCPC



DOC 0284 (Rev. 05/2016)




Pontiac
Facility

EXHIBIT 4

**Offender Name: (Last, First)** Johnson, Michael **ID Number:** [illegible]

| | | | | | |
|---|---|---|---|---|---|
| 2. Symptom Management/ Coping Skills | Irritability, social withdrawal, low self-esteem, and poor impulse control. Difficulty managing mood, distress, and agitation. History of maladaptive behaviors: Insolence (kicking door, yelling, giving false information, and disobeying direct orders & flooding the cell.) Staff Assault (spitting, kicking, and throwing liquid substances on staff). | 1. Describe mood state, energy level, amount of control over thoughts, and sleeping pattern. 2. Identify and replace thoughts and behaviors that trigger manic or depressive episodes. 3.Develop a daily routine of activities. 4.Discuss and resolve troubling personal and interpersonal issues. | Develop healthy thinking patterns and beliefs about self, others, and the world that lead to the alleviation and help prevent the relapse of depression and increase controlled behavior. | Assess client's level of insight toward presenting problems to determine resistance to change.<br><br>Complete or Review Client's MH Evaluation and assess for the severity of the level of impairment to functioning to determine appropriate level of care and appropriate psycho-educational groups.<br><br>Individual Therapy 1x/ month or as clinically indicated for approximately 30 min. utilizing cognitive-behavioral therapy, psycho-therapy, biblio-therapy, behavioral therapy, and/ or journaling. | [illegible] Primary Therapist: [illegible] Benner, LCPC |
| | | | | | |

☒ N/A – Initial Treatment Plan

Clinician Name (Print): Ron Benner Signature: [signature]

Facility: Pontiac Title: LCPC

Distribution: Offender Medical File

EXHIBIT A

Illinois Department of Corrections

Mental Health Treatment Plan

Pontiac

Facility

**Offender Name:** (Last, First) Johnson, Michael **ID Number:** R63104

## Modified Global Assessment of Function (MGAF)

**Serious Symptoms or Impairment in Functioning**

Criteria:

- ☒ Serious impairment with work, school, or housework, if a housewife or house husband (e.g. unable to keep job or stay in school or failing school).
- ☒ Serious impairment in relationships with friends (e.g. very few or no friends or avoids what friends he/she has).
- ☒ Serious impairment in judgment (including inability to make decisions, confusion, disorientation).
- ☐ Passive suicidal ideation.
- ☒ Serious impairment in mood (including constant depressed mood plus helplessness, or agitation or manic mood).
- ☐ Serious impairment due to anxiety (panic attacks, overwhelming anxiety).
- ☒ Frequent problems with the IDOC Officers (e.g. frequent disciplinary infractions resulting in segregation placement) or occasional combative behavior).
- ☒ Serious impairment in relationships with family (e.g. frequent fights with family and/or neglects family or has no home).
- ☐ Serious impairment in thinking (including constant preoccupation with thoughts, distorted body image, paranoia).
- ☐ Other symptoms: some hallucinations, delusions, or severe obsessional rituals, passive suicidal ideation.

**Scoring:**

A patient with 1 area of disturbance = rating 48-50
A patient with 2 areas of disturbance = rating 44-47
A patient with 3 areas of disturbance = rating 41-43
A patient with 4 areas of disturbance = rating 38-40
A patient with 5 areas of disturbance = rating 34-37
A patient with 6 areas of disturbance = rating 31-33

**Major Impairments in Several Areas of Functioning**

Criteria:

*Unique Items*

- ☐ Suicidal preoccupation or frank suicidal ideation with preparation.
- ☒ Or serious impairment in communication (sometimes incoherent, acts grossly inappropriately, or profound stuporous depression.
- ☐ Or behavior considerably influenced by delusions or hallucinations.
- ☐ Passive suicidal ideation.

Clinician Name (Print): Ron Benner Signature: [signature]

Facility: Pontiac Title: LCPC

Illinois Department of Corrections

**Mental Health Treatment Plan**




Pontiac

Facility

**Offender Name:** (Last, First) Johnson, Michael **ID Number:** R63104

*OR*

*Combined Items:*

- [ ] Serious impairment with work, or school (e.g. unable to keep job or stay in school or failing school, unable to care for family and house).
- [ ] Serious impairment in relationships with friends (e.g. very few or no friends or avoids what friends he/she has).
- [ ] Serious impairment in judgment (including inability to make decisions, confusion, disorientation).
- [ ] Serious impairment in mood (including constant depressed mood plus helplessness, or agitation or manic mood).
- [ ] Other symptoms: some hallucinations, delusions, or severe obsessional rituals, passive suicidal ideation.
- [ ] Frequent problems with the IDOC Officers (e.g. frequent disciplinary infractions resulting in segregation placement) or occasional combative behavior).
- [ ] Serious impairment in relationships with family (e.g. frequent fights with family and/or neglects family or has no home).
- [ ] Serious impairment in thinking (including constant preoccupation with thoughts, distorted body image, paranoia).
- [ ] Serious impairment due to anxiety (panic attacks, overwhelming anxiety).
- [ ] Passive suicidal ideation.

**Scoring:** A patient with 1 area of the first 3 (unique) criteria = rating 21
Or a patient with 7 of the combined criteria = rating 28-30
A patient with 8-9 of the combined criteria = rating 24-27
A patient with 10 of the combined criteria = 20-23

**In Some Danger of Hurting Self or Others**

Criteria:

- [ ] Suicide attempts without clear expectation of death (e.g. mild overdose or scratching wrists with people around).
- [ ] Severe manic excitement, or severe agitation and impulsivity.
- [ ] Urgent/emergency admission to the present psychiatric hospital.
- [ ] Some severe violence or self-mutilating behaviors.
- [ ] Occasionally fails to maintain minimal personal hygiene (e.g. diarrhea due to laxatives, or smearing of feces).
- [ ] In physical danger due to medical problems (e.g. severe anorexia or bulimia and some spontaneous vomiting or extensive laxative/diuretic pill use, but without serious heart or kidney problems or severe dehydration and disorientation).

**Scoring:** A patient with 1-2 of the 6 areas of disturbance in this category = rating 18-20
Or a patient with 3-4 of the 6 areas of disturbance in this category = rating 14-17
Or a patient with 5-6 of the 6 areas of disturbance in this category = rating 11-13

**In Persistent Danger of Hurting Self or Others**

Criteria:

- [ ] Serious suicidal act with clear expectation of death (e.g. stabbing, shooting, hanging, or serious overdose, with no one present).
- [ ] Extreme manic excitement, or extreme agitation and impulsivity (e.g. wild screaming and ripping out of bed mattress).
- [ ] Frequent severe violence or self-mutilation.
- [ ] Persistent inability to maintain personal hygiene.
- [ ] Urgent/emergency admission to present psychiatric hospital.
- [ ] In acute, severe danger due to medical problems (e.g. severe anorexia or bulimia with heart/kidney problems, or spontaneous vomiting WHENEVER food is ingested, or severe depression with out-of-control diabetes).

Clinician Name (Print): Ron Benner Signature: [signature]

Facility: Pontiac Title: LCPC

EXHIBIT A

Illinois Department of Corrections

## Mental Health Treatment Plan

Pontiac
Facility

Offender Name: (Last, First) Johnson, Michael    ID Number: R63104

**Scoring:** A patient with 1-2 of the 6 areas of disturbance in this category = rating 8-10
Or a patient with 3-4 of the 6 areas of disturbance in this category = rating 4-7
Or a patient with 5-6 of the 6 areas of disturbance in this category = rating 1-3

***Multidisciplinary Treatment Team Members (Please print your name, title, and sign if applicable):***

Team Chair (Clinically licensed MHP): R. Benner, LCPC

Psychiatrist: Dr. Sangster, Psychiatrist    Nursing: 

Custodial Representative: Lt. Sorenson    Major Blackard    Scribe: 

Others: A. Moss, LCSW

### Confidentiality Disclosure Statement

I understand there are limits to confidentiality within a correctional setting. I understand that the treating Mental Health Professional is required to disclose any information regarding: Suicidal, Homicidal, and Self Injurious Ideation; Unreported Child or Elder Abuse/Neglect; Safety and Security Issues; and may disclose information for the purposes of Multidisciplinary Team Consultation or Placement Issues.

I have been informed of how to access available emergency mental health staff if I have a crisis, including an urge to hurt myself or others.

I understand my treatment responsibilities include participating in the treatment program and alerting correctional staff to any problems or issues that may arise as the result of treatment. Treatment may include psychiatric evaluation and treatment, individual or group psychotherapy sessions, and sex offender and/or substance abuse evaluation and treatment. I agree to honor the confidentiality of other group members, if applicable.

### Consent to Treatment

I voluntarily consent/accept that I receive treatment provided by the below listed professional and their designated assistants. My signature below constitutes formal acceptance of therapeutic services. I understand that this consent is voluntary and I may revoke my consent at any time. I also understand my right to grieve this plan at any time.

I have received a copy of the psychotropic medication information brochure from my psychiatric practitioner that indicates what medication(s) are being prescribed for me. He/She has explained why I am prescribed these medications, the possible side effects, and alternative treatments.

| | | | |
|---|---|---|---|
| ☑ Prozac/fluoxetine | ☐ Zoloft/sertraline | ☐ Paxil/paroxetine | ☐ Celexa/citalopram |
| ☐ Remeron/Mirtazaprine | ☐ Effexor/venlafaxine | ☐ Desyrel/trazodone | ☑ Lithium |
| ☐ Depakote/valproate | ☐ Tegretol/carbamazepine | ☐ Lamictal/lamotrigine | ☐ Haldol/haloperido |
| ☐ Prolixin/fluphenazine | ☐ Trilafon/perphenazine | ☐ Stelazine/trifuoperazine | ☐ Navane/thiothixene |
| ☐ Zyprexa/olanzapine | ☐ Geodon/zipresidone | ☐ Risperdal/risperidone | ☐ Cogentin/benztropine |
| ☑ Benadryl/diphenhydramine | ☐ Other | ☐ Other | ☐ Other |

The nature and extent of the intended and probable consequences of refusal have been explained to me.

☑ I agree with this treatment plan
☐ I do not agree with this treatment plan

Offender Signature: [signature]    Date: 9-19-16

☐ Check if offender refuses to sign. Provide reason:

Clinician Name (Print): Ron Benner    Signature: [signature]

Facility: Pontiac    Title: LCPC

Distribution: Offender Medical File    *Printed on Recycled Paper*    DOC 0284 (Rev. 05/2016)

EXHIBIT B

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 10-29-15 | Offender: (Please Print) Michael Johnson | ID#: R63104

Present Facility: Pontiac Corr. Ctr. | Facility where grievance issue occurred: Pontiac Corr. Ctr.

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): EXCESSIVE USE OF FORCE

☐ Disciplinary Report: __/__/__ Date of Report ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 10-20-15 WHILE BEING ESCORTED DOWN THE GALLERY BY OFFICER BRITTON OFFICER BLANCHARD RAN FROM BEHIND ME AND THREW ME ON THE FLOOR WHILE I WAS IN LEG AND ARM RESTRAINTS AND STARTED BANGING MY HEAD ON THE GROUND MULTIPLE TIMES. OFFICERS BLANCHARD AND BRITTON SUBSEQUENTLY CLICKED AND TIGHTEN THE RESTRAINTS ON MY WRIST AND MY ANKLES UNTIL THEY COULDN'T BE CLICKED ANYMORE AND BEGAN TWISTING AND BENDING MY LEGS, FEET, ARMS AND HANDS CAUSING ME EXCRUCIATING PAIN. OFFICERS BLANCHARD AND BRITTON PICKED ME UP AND BENT ME OVER IN A GROTESQUE MANNER PULLING, WITH

**Relief Requested:** FOR AN INVESTIGATION TO BE CONDUCTED & FOR ME TO BE INTERVIEWED; FOR THE VIDEO-FOOTAGE OF THE INCIDENT TO BE PRESERVED; FOR REPRIMANDS TO BE SANCTIONED AGAINST THE HEREIN OFFICERS.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Johnson — Offender's Signature | R63104 — ID# | 10/29/15 — Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: __/__/__ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name | Counselor's Signature | Date of Response

**EMERGENCY REVIEW**

Date Received: SEP 30 2015

ADMINISTRATIVE REVIEW BOARD

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date

Distribution: Master File; Offender



DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

FORCE, MY SHACKLED AND RESTRAINED ARMS BEHIND MY BACK AND INTO THE AIR AND PUSHED ME DOWN THE GALLERY IN THIS FASHION, ON-WARD DOWN THE STAIRS, AND PLACED IN A HOLDING TANK ON ONE GALLERY OF THE NORTH CELL HOUSE. I DID NOT DO ANYTHING TO OFFICERS BLANCHARD AND BRITTON FOR THEM TO DO SUCH A THING TO. AT NO TIME WAS I HOSTILE OR AGGRESSIVE TOWARD ANY OFFICER NOR WAS I RESISTING ANY OFFICER'S CONTROL. THIS INCIDENT HAPPENED ON 7 GALLERY OF THE NORTH CELL HOUSE AT THE APPROXIMATE TIME OF 8:40 P.M. AT NO TIME WAS I COMBATIVE. I ASKED LIEUTENANT ROBINSON FOR MEDICAL ATTENTION BECAUSE MY RIGHT SHOULDER WAS STINGING AND HURTING CAUSING ME PAIN. LIEUTENANT ROBINSON TOLD I LOOK FINE TO HIM. AT NO TIME DID I SEE MEDICAL PERSONNEL OR STAFF. I WAS EVENTUALLY ESCORTED AND TAKEN TO CELL # 136. ONCE IN THE CELL I EXAMINED MYSELF AND OBSERVED AN OPEN GASH-WOUND ON MY RIGHT SHOULDER THAT WAS BLEEDING. I WAS IN THE HOLDING TANK ON ONE GALLERY PRIOR TO BEING ESCORTED TO CELL # 136 FOR APPROXIMATELY AN HOUR AND THE HANDCUFFS AND LEG RESTRAINTS AROUND MY ANKLES WERE SO TIGHT THAT MY ARMS AND ANKLES WERE IN GREAT PAIN. NOT ONLY WAS THERE GREAT PHYSICAL PAIN BUT THERE WAS ALSO GREAT MENTAL ANGUISH FROM THE UNPROVOKED ABOVE INCIDENT. I WROTE A GRIEVANCE NOT LONG AFTER THE INCIDENT AND SENT IT TO THE ~~GRIEVANCE~~ COUNSELOR BUT IT NEVER CAME BACK. THEY USUALLY COME BACK FROM THE COUNSELOR'S ~~OFFICER~~ OFFICE THE NEXT DAY OR TWO. THERE ARE VIDEO CAMERAS ON THE GALLERY. ALSO, I AM A SERIOUSLY MENTALLY ILL INMATE DIAGNOSED WITH BIPOLAR AND IMPULSIVE CONTROL DISORDER.

EXHIBIT B

EXHIBIT C

9-10-15

Dear A.R.B. Staff,

Greetings. I submitted a grievance dated 6-29-15 grieving an issue of excessive use of force & unlawful misconduct in which I was subjected to at the hands of correctional officials Blanchard & Britton also documenting the denial of medical attention by Lieutenant Robinson.

The grievance was sent to the counselor of the relative facility & never returned to me. I submitted one at another point in time in which I never received back.

Any obstructions to exhaust my administrative remedies or failure to respond to my timely filed grievances renders my administrative remedies unavailable.

With all due respect, can you process this letter & the attached/enclosed grievance & forward me a copy of the processed documents to the following:

Michael Johnson #R63104
P.O. Box 99
Pontiac, Il 61764

RECT.
SEP 30 2015
ADMIN.
REVIE[illegible]

Exhibit D

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: Johnson (Last Name) Michael (First Name) ___ (MI) R63104 (ID#)

Facility: Pontiac

[X] Grievance: Facility Grievance # (if applicable) ______ Dated: 9/29/15 or [ ] Correspondence: Dated: ______

Received: 9/30/15 (Date) Regarding: incident 9/20/15 w/ c/o Blanchard & Britton use of force

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- [ ] Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- [ ] Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- [ ] Provide dates of disciplinary reports and facility where incidents occurred.
- [ ] Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- [ ] Contact your correctional counselor regarding this issue.
- [ ] Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- [ ] Contact the Record Office with your request or to provide additional information.
- [ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- [ ] Address concerns to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- [ ] Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- [ ] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- [ ] This office previously addressed this issue on ______ (Date).
- [ ] No justification provided for additional consideration.

Other (specify): Above is required w/in timeframes.

Completed by: Sherry Benton (Print Name) S. Benton (Signature) 10/6/15 (Date)

Distribution: Offender, Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

Illinois Department of Corrections

Mental Health Treatment Plan

Pontiac

Facility




Offender Name: (Last, First) Johnson, Michael ID Number: R

Completed by Psychiatrist ☐ Completed by MHP ☒ Purpose of Treatment Plan: Initial ☒ Revised/Update ☐

Today's Date: September 19, 2016 Next Review Date: December 19, 2016

Current Level of Care: ☐ General/Outpatient ☒ Special/Residential Treatment Unit ☐ Crisis Placement ☐ Inpatient

## Part I: Offender Information

MSR: 1/6/2019 Discharge: 1/6/2022

Is the offender:

| | | |
|---|---|---|
| Guilty but Mentally Ill (GBMI) by the court? | Yes ☐ | No ☒ |
| Designated SMI based on Diagnosis (Dx) alone? | Yes ☒ | No ☐ |
| Designated SMI based upon DX & Functional Impairment? | Yes ☒ | No ☐ |

If yes, MGAF range is 21 to 21

On Enforced Meds? Yes ☐ No ☒

Gender: Male ☒ Female ☐ Transgender ☐ Other ☐ (Identify) ____________

## Part II: Brief Mental Status Evaluation

Appearance: ☑ Appropriately Groomed ☐ Disheveled ☐ Poor Hygiene

Level of Cooperation: ☑ Cooperative ☐ Guarded/Suspicious ☐ Hostile ☐ Uncooperative

Orientation: ☑ Ox3 (Time, place, person) ☐ OX ____________ (list:) ____________ ☐ Disoriented

Affect: ☑ Unremarkable ☐ Constricted ☐ Blunt/Inexpressive ☐ Flat

Thought Process: ☑ Clear/Coherent ☐ Tangential ☐ Loose Association ☐ Word Salad/Incoherent

## Part III: Offender Strengths

Work/Job Assignment: Yes ☐ No ☑ Education Assignment: Yes ☐ No ☑

### Insight and Perspective

☐ Ability to take perspective and see alternative viewpoints ☒ Self-awareness

☐ Ability to be introspective ☒ Awareness of his/her own psychological needs

☐ Judgement: ability to foresee consequence of actions ☒ Sense of humor

### Interpersonal Strengths

☐ Ability to set appropriate boundaries ☐ Ability to have empathy for self and/or others

☐ Ability to establish mature relationships with others

### Cognitive/Executive Strengths

☐ Takes initiative ☐ Ability to follow through on commitments ☒ Intelligence ☐ Education

☐ Talents ☒ Skills ☐ Consistent problem solving and decision making

Clinician Name (Print): Ron Benner Signature: ____________

Facility: Pontiac Title: LCPC

Distribution: Offender Medical File

Illinois Department of Corrections

Mental Health Treatment Plan

EXHIBIT A

Pontiac

Facility

Offender Name: (Last, First) Johnson, Michael ID Number: R63104

## Self-Care Strengths

| | | |
|---|---|---|
| ☒ Ability to engage in treatment | ☐ Ability to manage feelings | ☐ Ability to self-sooth |
| ☐ Ability to modulate emotions | ☐ Motivation for recovery | ☒ Ability to survive despite adversity |
| ☐ Supportive friendships | ☐ Supportive family | ☐ Supportive community |
| ☐ Spirituality | ☐ Sense of purpose and meaning | |

## Part IV: Current Diagnosis

List current diagnosis in accordance with most recent version of the Diagnostic and Statistical Manual Disorders (DSM): Principle Diagnosis shall be placed first.

Bipolar II disorder (296.89)
Unspecified disruptive, impulse-control, and conduct disorder (312.9)

| Therapeutic Focus # | Problem/Target Symptom Identified | Therapeutic Goals and Outcomes (identify measurable objectives for change and the more global goal that is indicative of problem resolution or symptom reduction) | | Intervention/Treatment Activities (include modality, intensity/frequency and duration) | Staff Responsible |
|---|---|---|---|---|---|
| | As evidenced by: | Short Term Objectives | Long Term Goal/Outcome | | |
| 1. Medication Management | Symptoms related to diagnosis: depression, irritability, psycho-motor agitation/retardation, sleeplessness, poor concentration and indecisiveness, poor impulse control, and history of at least one hypo-manic episode. | 1. Cooperate with psychiatric evaluation for medication needs to stabilize symptoms. 2. Take prescribed medications as directed (100% compliance) 3. Achieve a level of symptom stability that allows for meaningful participation in psychotherapy. | Achieve controlled behavior, moderated mood, more deliberative speech and thought process, and stable daily activity pattern. | Psychiatric evaluation to determine appropriate pharmaco-therapy.<br><br>Educate Client about the use, expected benefits/risks, and side-effects of medications during monthly follow-up psychiatric appointment (1x/ mos. for 15-30 min.)<br><br>Monitor medication compliance, side-effects, and effectiveness.<br><br>Monitor the client's symptom improvement toward stabilization sufficient to allow participating in psychotherapy. | PMH Psychiatrist, Dr. Sangster<br><br>PMH Primary Therapist, R. Benner, LCPC |

Clinician Name (Print): R. Benner Signature: [signature] 3/2017

Title: LCPC



DOC 0284 (Rev. 05/2016)

Illinois Department of Corrections

**Mental Health Treatment Plan**

Pontiac

Facility

EXHIBIT A

**Offender Name: (Last, First)** Johnson, Michael **ID Number:** [illegible]

| | | | | | |
|---|---|---|---|---|---|
| 2. Symptom Management/ Coping Skills | Irritability, social withdrawal, low self-esteem, and poor impulse control. Difficulty managing mood, distress, and agitation. History of maladaptive behaviors: Insolence (kicking door, yelling, giving false information, and disobeying direct orders & flooding the cell.) Staff Assault (spitting, kicking, and throwing liquid substances on staff). | 1. Describe mood state, energy level, amount of control over thoughts, and sleeping pattern. 2. Identify and replace thoughts and behaviors that trigger manic or depressive episodes. 3.Develop a daily routine of activities. 4.Discuss and resolve troubling personal and interpersonal issues. | Develop healthy thinking patterns and beliefs about self, others, and the world that lead to the alleviation and help prevent the relapse of depression and increase controlled behavior. | Assess client's level of insight toward presenting problems to determine resistance to change.<br><br>Complete or Review Client's MH Evaluation and assess for the severity of the level of impairment to functioning to determine appropriate level of care and appropriate psycho-educational groups.<br><br>Individual Therapy 1x/ month or as clinically indicated for approximately 30 min. utilizing cognitive-behavioral therapy, psycho-therapy, biblio-therapy, behavioral therapy, and/ or journaling. | [illegible] Therapist, R. Benner, LCPC |
| | | | | | |

☒ N/A – Initial Treatment Plan

Clinician Name (Print): Ron Benner Signature: [signature]

Facility: Pontiac Title: LCPC

Distribution: Offender Medical File



DOC [illegible]

EXHIBIT A

Illinois Department of Corrections

Mental Health Treatment Plan

Pontiac

Facility

Offender Name: (Last, First) Johnson, Michael — ID Number: R63104

## Modified Global Assessment of Function (MGAF)

**Serious Symptoms or Impairment in Functioning**

Criteria:

- [x] Serious impairment with work, school, or housework, if a housewife or house husband (e.g. unable to keep job or stay in school or failing school).
- [x] Serious impairment in relationships with friends (e.g. very few or no friends or avoids what friends he/she has).
- [x] Serious impairment in judgment (including inability to make decisions, confusion, disorientation).
- [ ] Passive suicidal ideation.
- [x] Serious impairment in mood (including constant depressed mood plus helplessness, or agitation or manic mood).
- [ ] Serious impairment due to anxiety (panic attacks, overwhelming anxiety).
- [x] Frequent problems with the IDOC Officers (e.g. frequent disciplinary infractions resulting in segregation placement) or occasional combative behavior).
- [x] Serious impairment in relationships with family (e.g. frequent fights with family and/or neglects family or has no home).
- [ ] Serious impairment in thinking (including constant preoccupation with thoughts, distorted body image, paranoia).
- [ ] Other symptoms: some hallucinations, delusions, or severe obsessional rituals, passive suicidal ideation.

**Scoring:**

A patient with 1 area of disturbance = rating 48-50
A patient with 2 areas of disturbance = rating 44-47
A patient with 3 areas of disturbance = rating 41-43
A patient with 4 areas of disturbance = rating 38-40
A patient with 5 areas of disturbance = rating 34-37
A patient with 6 areas of disturbance = rating 31-33

**Major Impairments in Several Areas of Functioning**

Criteria:

*Unique Items*

- [ ] Suicidal preoccupation or frank suicidal ideation with preparation.
- [x] Or serious impairment in communication (sometimes incoherent, acts grossly inappropriately, or profound stuporous depression.
- [ ] Or behavior considerably influenced by delusions or hallucinations.
- [ ] Passive suicidal ideation.

Clinician Name (Print): Ron Benner — Signature: [signature]

Facility: Pontiac — Title: LCPC

Distribution: Offender Medical File

Printed on Recycled Paper



DOC 0284 (Rev. 05/2016)

Illinois Department of Corrections

Mental Health Treatment Plan

Pontiac

Facility



Offender Name: (Last, First) Johnson, Michael ID Number: R63104

*OR*
*Combined Items:*

- ☐ Serious impairment with work, or school (e.g. unable to keep job or stay in school or failing school, unable to care for family and house).
- ☐ Serious impairment in relationships with friends (e.g. very few or no friends or avoids what friends he/she has).
- ☐ Serious impairment in judgment (including inability to make decisions, confusion, disorientation).
- ☐ Serious impairment in mood (including constant depressed mood plus helplessness, or agitation or manic mood).
- ☐ Other symptoms: some hallucinations, delusions, or severe obsessional rituals, passive suicidal ideation.
- ☐ Frequent problems with the IDOC Officers (e.g. frequent disciplinary infractions resulting in segregation placement) or occasional combative behavior).
- ☐ Serious impairment in relationships with family (e.g. frequent fights with family and/or neglects family or has no home).
- ☐ Serious impairment in thinking (including constant preoccupation with thoughts, distorted body image, paranoia).
- ☐ Serious impairment due to anxiety (panic attacks, overwhelming anxiety).
- ☐ Passive suicidal ideation.

**Scoring:** A patient with 1 area of the first 3 (unique) criteria = rating 21
Or a patient with 7 of the combined criteria = rating 28-30
A patient with 8-9 of the combined criteria = rating 24-27
A patient with 10 of the combined criteria = 20-23

**In Some Danger of Hurting Self or Others**
Criteria:

- ☐ Suicide attempts without clear expectation of death (e.g. mild overdose or scratching wrists with people around).
- ☐ Severe manic excitement, or severe agitation and impulsivity.
- ☐ Urgent/emergency admission to the present psychiatric hospital.
- ☐ Some severe violence or self-mutilating behaviors.
- ☐ Occasionally fails to maintain minimal personal hygiene (e.g. diarrhea due to laxatives, or smearing of feces).
- ☐ In physical danger due to medical problems (e.g. severe anorexia or bulimia and some spontaneous vomiting or extensive laxative/diuretic pill use, but without serious heart or kidney problems or severe dehydration and disorientation).

**Scoring:** A patient with 1-2 of the 6 areas of disturbance in this category = rating 18-20
Or a patient with 3-4 of the 6 areas of disturbance in this category = rating 14-17
Or a patient with 5-6 of the 6 areas of disturbance in this category = rating 11-13

**In Persistent Danger of Hurting Self or Others**
Criteria:

- ☐ Serious suicidal act with clear expectation of death (e.g. stabbing, shooting, hanging, or serious overdose, with no one present).
- ☐ Extreme manic excitement, or extreme agitation and impulsivity (e.g. wild screaming and ripping out of bed mattress).
- ☐ Frequent severe violence or self-mutilation.
- ☐ Persistent inability to maintain personal hygiene.
- ☐ Urgent/emergency admission to present psychiatric hospital.
- ☐ In acute, severe danger due to medical problems (e.g. severe anorexia or bulimia with heart/kidney problems, or spontaneous vomiting WHENEVER food is ingested, or severe depression with out-of-control diabetes).

Clinician Name (Print): Ron Benner Signature: [signature]

Facility: Pontiac Title: LCPC

Illinois Department of Corrections

EXHIBIT A

# Mental Health Treatment Plan

Pontiac
Facility

**Offender Name:** (Last, First) Johnson, Michael **ID Number:** R63104

**Scoring:** A patient with 1-2 of the 6 areas of disturbance in this category = rating 8-10
Or a patient with 3-4 of the 6 areas of disturbance in this category = rating 4-7
Or a patient with 5-6 of the 6 areas of disturbance in this category = rating 1-3

**Multidisciplinary Treatment Team Members (Please print your name, title, and sign if applicable):**

Team Chair (Clinically licensed MHP): R. Benner, LCPC

Psychiatrist: Dr. Sangster, Psychiatrist Nursing: ______

Custodial Representative: Lt. Sorenson Major Blackard Scribe: ______

Others: A. Moss, LCSW

## Confidentiality Disclosure Statement

I understand there are limits to confidentiality within a correctional setting. I understand that the treating Mental Health Professional is required to disclose any information regarding: Suicidal, Homicidal, and Self Injurious Ideation; Unreported Child or Elder Abuse/Neglect; Safety and Security Issues; and may disclose information for the purposes of Multidisciplinary Team Consultation or Placement Issues.

I have been informed of how to access available emergency mental health staff if I have a crisis, including an urge to hurt myself or others.

I understand my treatment responsibilities include participating in the treatment program and alerting correctional staff to any problems or issues that may arise as the result of treatment. Treatment may include psychiatric evaluation and treatment, individual or group psychotherapy sessions, and sex offender and/or substance abuse evaluation and treatment. I agree to honor the confidentiality of other group members, if applicable.

## Consent to Treatment

I voluntarily consent/accept that I receive treatment provided by the below listed professional and their designated assistants. My signature below constitutes formal acceptance of therapeutic services. I understand that this consent is voluntary and I may revoke my consent at any time. I also understand my right to grieve this plan at any time.

I have received a copy of the psychotropic medication information brochure from my psychiatric practitioner that indicates what medication(s) are being prescribed for me. He/She has explained why I am prescribed these medications, the possible side effects, and alternative treatments.

| | | | |
|---|---|---|---|
| ☑ Prozac/fluoxetine | ☐ Zoloft/sertraline | ☐ Paxil/paroxetine | ☐ Celexa/citalopram |
| ☐ Remeron/Mirtazaprine | ☐ Effexor/venlafaxine | ☐ Desyrel/trazodone | ☑ Lithium |
| ☐ Depakote/valproate | ☐ Tegretol/carbamazepine | ☐ Lamictal/lamotrigine | ☐ Haldol/haloperido |
| ☐ Prolixin/fluphenazine | ☐ Trilafon/perphenazine | ☐ Stelazine/trifuoperazine | ☐ Navane/thiothixene |
| ☐ Zyprexa/olanzapine | ☐ Geodon/ziprasidone | ☐ Risperdal/risperidone | ☐ Cogentin/benztropine |
| ☑ Benadryl/diphenhydramine | ☐ Other ______ | ☐ Other ______ | ☐ Other ______ |

The nature and extent of the intended and probable consequences of refusal have been explained to me.

☑ I agree with this treatment plan

☐ I do not agree with this treatment plan

[signature] Offender Signature 9-19-16 Date

☐ Check if offender refuses to sign. Provide reason: ______

Clinician Name (Print): Ron Benner Signature: [signature] [illegible]

Facility: Pontiac Title: LCPC

 EXHIBIT G

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

## Grievance Officer's Report

**Date Received:** October 17, 2016 **Date of Review:** February 25, 2017 **Grievance #** (optional): 065365

**Offender:** Johnson, Michael **ID#:** R63104

**Nature of Grievance:** Personal Property

**Facts Reviewed:** Offender grieves his Notice and Course of Action form dated 9/05/16, more specifically the confiscation of three (3) unauthorized books "Return of the Sorcerers", "Black Magic", and "Unseen Forces".

Counselor's Response; Offender did provide 30-day excess property form. Per Personal Property, (3) books are unauthorized, (1) book has wrong inmate name and number on it, and (3) books were altered/torn.

Grievance Officer reviewed correspondence and contacted Personal Property staff that indicates the above grieved items, along with all other property and property files, were sent with Grievant upon transfer to Dixon Correctional Center on 12/09/16. Grievance is considered moot at this juncture.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT as the grieved property items, along with all other property and property files, were sent with offender upon transfer to Dixon Correctional Center on 12/09/16. Any other judgement upon the issue that when returned for cause would have no practical effect upon the existing controversy.

S. Simpson — Print Grievance Officer's Name
[signature] — Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

## Chief Administrative Officer's Response

**Date Received:** 3/2/17 ☒ I concur ☐ I do not concur ☐ Remand

**Comments:**

[signature] — Chief Administrative Officer's Signature
3/2/17 — Date

## Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the *original grievance, including the counselor's response, if applicable, and any pertinent documents.*)**

Michael Johnson — Offender's Signature
R63104 — ID#
3-9-17 — Date

STATE OF ILLINOIS )
 )
COUNTY OF LEE )

AFFIDAVIT

I, Michael Johnson #R63104, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

All within the complaint, Motion For Appointment of Counsel, & Motion To Proceed As A Poor Person in the Johnson v. Blanchard, et al. case/ complaint is true in substance & fact.

Subscribed and Sworn to before me this 31st day of March 2017.

Sally A. Joos
Notary Public

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

Respectfully Submitted,

Michael R. Johnson Jr.
Affiant
Name: Michael R. Johnson Jr
ID# R63104 - Dixon Correctional Center

IN THE
U.S. District Court
Central District of Illinois

Michael Johnson
Plaintiff

vs.

Dillon G. Blanchard, et.al.
Defendant

Case No.____________

PROOF/CERTIFICATE OF SERVICE

To: 100 N.E. Monroe St.
Room # 309
Peoria, Il 61602

To: ____________

PLEASE TAKE NOTICE that on March 31st 2017, I have placed the documents listed below in the institutional mail at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Verified Complaint for Damages with Jury Trial Demand & Motion for Appointment of Counsel.

Pursuant to 28 USC 1746, 18USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 3-31-17

/s/ Michael R. Johnson Jr.
Name: Michael R. Johnson Jr.
IDOC # R63104
Dixon Correctional Center
P.O. Box 1200
Dixon, IL 61021

SUBSCRIBED AND SWORN TO BEFORE ME THIS
31st day of March, 2017

Sally A Joos
NOTARY PUBLIC

OFFICIAL SEAL
SALLY A. JOOS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020

Revised 8/17/11

MICHAEL JOHNSON #R63104
Dixon Corr. Ctr
2600 N. Brinton Ave
Dixon, Il 61021

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE ILLINOIS
DEPT OF CORRECTIONS

US POSTAGE PITNEY BOWES
ZIP 61021 $ 003.29⁰
02 1W
0001386315 APR 05 2017

U.S. District Court
Central District of Illinois
Office of the Clerk
Peoria Division
100 N.E. Monroe Street
Room 309
Peoria, Il 61602